FILED
August 23, 2010
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0002873047

2

McNUTT LAW GROUP LLP
MICHAEL A. SWEET (CSBN 184345)
DALE L. BRATTON (CSBN 124328)
DOUGLAS C. GRAHAM (CSBN 216870)
188 The Embarcadero, Suite 800
San Francisco, California 94105
Telephone: (415) 995-8475
Facsimile: (415) 995-8487

Attorneys for Michael Kasolas, Chapter 7 Trustee

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

In re

JAMES STANTON GEYER and LINDA LEANN GEYER,

Debtors.

Case No. 09-42577
Chapter 7

DC No. MLG-004

**STIPULATION ON TRUSTEE'S OBJECTION TO CERTAIN EXEMPTIONS CLAIMED BY DEBTORS**

Date: September 13, 2010
Time: 1:30 p.m.
Place: 501 I Street, 6th Floor
Sacramento, CA 95814
Judge: Hon. Richard Ford

1. Debtors hereby Stipulate to the sustaining of Trustee's objections to their exemptions claimed on their stock held in Alsco-Geyer Irrigation, Inc., and will file a revised Schedule C removing the exemption.

/ / /

/ / /

2. The Debtors and Trustee request that the hearing scheduled for September 13, 2010 be removed from the Court's Calendar.

Dated: August 23, 2010

MCNUTT LAW GROUP LLP

By: */s/ Douglas C. Graham*
Douglas C. Graham
Attorneys for Michael Kasolas, Chapter 7 Trustee

Dated: August 23, 2010

LEWIS AND ZILAFF

By: */s/ Gary F. Zilaff*
Gary F. Zilaff
Attorneys for Debtors